JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VERDUGO, an individual, | Case No. 5:23-cv-00999-JLS-AGR |
| Plaintiff, | |
| v. | **ORDER DISMISSISNG ACTION WITH PREJUDICE** |
| LINDE, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 30, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE